**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 15-32919-KRH<br><br>Jointly Administered |
| **RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,**<br><br>Plaintiff,<br><br>v.<br><br>**Shawn Dhillon MD PC,** *et al.,*<br><br>Defendants. | Adv. Proc. No. 17-04251-KRH |

**CERTIFICATE OF SERVICE**

I, Diana Lyn Curtis McGraw, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the copies of the Complaint [Docket Item No. 1] together with the Order Establishing Procedures for Avoidance Action Adversary Proceedings and Summons and Notice in an Adversary Proceeding [Docket Item No. 3] were served on June 15, 2017, as follows:

**Mail Service:** Regular, first class United States mail, postage fully pre-paid and addressed to:

**SHAWN DHILLON, M.D., PC D/B/A CALVERT MEDICAL GROUP**
SERVE: Shawn S. Dhillon, Reg. Agent
21 Brett Manor Court
Hunt Valley, Maryland  21030

---

[1]   The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434) (the "**Debtors**").

Cullen D. Speckhart (VSB No. 79096)
Diana Lyn Curtis McGraw (VSB No. 89392)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Ste. 1040, Richmond, Virginia 23219
200 Bendix Road, Ste. 300, Virginia Beach, Virginia 23452
Telephone:  (757) 497-6633
Direct:          (757) 470-5566
Email: cspeckhart@wolriv.com

*Counsel to Plaintiff Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*

**SHAWN S. DHILLON**
SERVE: 3333 North Calvert Street, Suite 555
Baltimore, Maryland  21218

**WANDA SIMMONS A/K/A WANDA CLEMMONS,**
SERVE: 6724 Glenkirk Road
Baltimore, Maryland  21239-1410

**EMMANUEL ARHIN,**
SERVE: 1209 N. Charles Street, Apartment 125
Baltimore, Maryland  21201-5657

**LUCY DONNA KING,**
SERVE: 4931 Edgemere Avenue
Baltimore, Maryland  21215-5917

**and**

**MONIKA DHILLON,**
SERVE: 21 Brett Manor Court
Cockysville, Maryland  21030-1228

Under penalty of perjury, I declare that the foregoing is true and correct.

June 15, 2017
Date                                             Signature

Print Name: Diana Lyn Curtis McGraw

Business Address: 200 Bendix Road, Suite 300, Virginia Beach, VA 23452